No. 87–1720.   TAYLOR *v.* PEABODY COAL CO. ET AL., 488 U. S. 988.   Motion of counsel for approval of attorney's fees of petitioner, Hubert Taylor, referred to the United States Court of Appeals for the Seventh Circuit to determine whether fees are to be allowed at all and then, if so, to determine their amount for the work performed by counsel before this Court.

No. 88–192.   MCKESSON CORP. *v.* DIVISION OF ALCOHOLIC BEVERAGES AND TOBACCO, DEPARTMENT OF BUSINESS REGULATION OF FLORIDA, ET AL.   Sup. Ct. Fla.   [Certiorari granted, 488 U. S. 954.]   Motion of California et al. for leave to file a brief as *amici curiae* granted.

No. 88–1668.   ATLANTIC RICHFIELD CO. *v.* USA PETROLEUM CO.   C. A. 9th Cir.   [Certiorari granted, 490 U. S. 1097.]   Motion of Service Station Dealers of America for leave to file a brief as *amicus curiae* granted.

No. 89–353.   SANCHEZ ET AL. *v.* BOND ET AL.   C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–5642.   IN RE SPARKS.   Petition for writ of habeas corpus denied.

No. 89–213.   PENNSYLVANIA *v.* MUNIZ.   Super. Ct. Pa.   Certiorari granted.

No. 89–258.   CALIFORNIA *v.* AMERICAN STORES CO. ET AL. C. A. 9th Cir.   Certiorari granted.

No. 89–275.   COOTER & GELL *v.* HARTMARX CORP. ET AL. C. A. D. C. Cir.   Certiorari granted limited to Questions 1, 3, and 6 presented by the petition.

No. 88–1912.   LITTLE *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.